# United States Court of Appeals
## For the First Circuit

No. 11-2239

UNITED STATES OF AMERICA,

Appellee,

v.

LYNETTE MARYEA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on January 15, 2013, is amended as follows:

On page 20, line 21: Insert additional parenthesis after the citation for <u>Henderson</u> v. <u>United States</u> to read: "<u>Henderson</u> v. <u>United States</u>, 476 U.S. 321, 326-27 (1986<u>)</u>)."

On page 41, line 3: Insert double quotation mark at the end of the sentence.